## I.        INTRODUCTION AND AGENT BACKGROUND

1.        I have been employed as a Special Agent of the U.S. Department of Homeland Security, Homeland Security Investigations ("HSI"), since 2010, and am currently assigned to HSI Columbus, OH.  While employed by HSI, I have investigated federal criminal violations related to technology or cybercrime, child exploitation, and child pornography.  I have gained experience through training at the Federal Law Enforcement Training Center (FLETC) and everyday work relating to these types of investigations.  I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256(8)(A)) in all forms of media including computer media.  Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2252A, and I am authorized by law to request a search.

2.        This Affidavit is submitted in support of a criminal complaint charging **William KISOR**, with a violation of 18 U.S.C. § 2422 and 2252A, which is more specifically described in the probable cause section of this Affidavit.

3.        The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by law enforcement agents/analysts and computer forensic professionals; and my experience, training and background as a Special Agent.  I have not included each and every fact known to me concerning this

investigation. I have set forth only the facts that I believe are necessary to establish probable cause

for the violation listed above.

## PROBABLE CAUSE

4.  In January of 2023, a Homeland Security Investigations (HSI) Colorado Springs

undercover Special Agent (herein referred to as "the UC") acted in an undercover capacity online

a mobile messaging application (hereinafter the "App") to detect and investigate violations of

federal law related to the sexual exploitation of children. The UC's assumed the persona of an

adult mother with a 23-year-old daughter, 15-year-old daughter, and 8-year-old twin daughters,

herein referred to as "Child 1" (23), "Child 2" (15), "Child 3" (8), and "Child 4" (8). The UC had

previously been in contact with KISOR prior to his 135-month incarceration for 18 USC 2252,

(a)(4)(b) – possession of Visual Depictions of Child Pornography. KISOR was convicted and

sentenced in the Southern District of Ohio in case #2:12-cr-00141. After KISOR's release from

prison, he (KISOR) resumed his contact with the UC, never realizing she was an agent of law

enforcement.

5.  On January 26, 2023, KISOR contacted the UC via email in an attempt to reengage

the UC. Prior to his incarceration, KISOR believed he and the UC would enter into an incestuous

relationship involving her notional daughters, "Child 1," at the time aged 14, and "Child 2," at the

time aged 4. The UC received an email from KISOR via Yahoo account wrk1968@yahoo.com,

the same email account KISOR used in 2012 to communicate with the UC. KISOR referenced the

UC's persona name, along with the persona names of "Child 1" and "Child 2." KISOR also shared

a picture with the UC he had saved to his email account from 2012. The picture was of the UC's

notional "Child 1." In the new emails from KISOR, he provided his phone number (614-753-

6570) to the UC so they could begin text messaging.  KISOR and the UC then began communicating again, with the UC posing as the aforementioned mother and each of the children.

6.      KISOR asked the UC via email if she was currently "active" with anyone, your affiant knows the term "active" is used to refer to a physical relationship between individuals.  The UC answered KISOR, saying she was not currently in a relationship at that time.  On February 6, 2023, KISOR and the UC exchanged several email communications.  The UC shared her skepticism that the individual communicating with her was KISOR.  KISOR then provided several details to the UC to affirm it was in fact him (KISOR) emailing her (UC).  On February 28, 2023, KISOR reaffirmed his desire to initiate an incestuous relationship with the UC and her notional children.  The UC had previously disclosed to KISOR that she now had eight (8) year old twins since they last communicated, in addition to her now adult daughter (age 23) and daughter (age 14).  During the communications on this date, KISOR believed he was texting with "Child 2" and "Child 3" and shared his desire to be their "first" referring to sexual encounter/partner.  At the time, KISOR believed "Child 2" to be 14 years old, and "Child 3" to be 8 years old.  As outlined below, in follow up text messages between KISOR, the UC and her notional children, he shared his desire to perform various sexual acts with the UC and her children.  KISOR was extremely descriptive and graphic when describing the acts he'd like to perform on them and he would like them to perform on him.

7.      During these communications, KISOR also texted with the UC posing as "Child 1," who would now be an adult.  On February 17, 2023, KISOR texted "Child 1" and asked if she remembered the "special toy" he showed her back in 2012, when "Child 1" would have been 14 years old.  KISOR, believing he was texting with Child1 stated he would be "their first" "but only if they want to," referring to "Child 3" and "Child 4." Throughout the course of these text messages,

KISOR repeatedly asked the UC if she could send him pictures of her daughters and expressed his desire to not only be in a sexual relationship with the UC and her daughters, but to also be their "daddy."

8.      On February 24, 2023, KISOR sent the UC two photos of himself via text message. In the first photo, KISOR is seen wearing black rimmed glasses and a blue long-sleeved shirt. In the second photo, KISOR is seen wearing a gray t-shirt and standing in a room with metal bunk beds behind him. According to the UC, the photos sent by KISOR match or are like previous photographs the UC has seen of KISOR.

9.      During a text exchange on March 2, 2023, the UC asked KISOR how their relationship would work if he could not leave the state of Ohio for 10 years due to his supervision and KISOR replied that one of them would have to move.  The UC went on to ask KISOR, "are you even allowed to be around kids for ten years or would that violate your parole?"  KISOR replied "I can be around kids with supervision" and "it wouldn't violate me."  The UC replied "so they could never find you alone with the girls.  Could they live there?"  KISOR then responded "Yes, especially after we would get married," followed up with him saying "I would be their step-father."

10.     On March 3, 2023, KISOR texted with the UC posing as "Child 4."  KISOR asked about "Child 3."  "Child 4" eventually told KISOR "Momma told us about you wanting to be daddy."  KISOR stated "Doesn't ['Child 3'] want to meet me?"  "Child 4" responded "Yeah, but she is like super shy all the time."  KISOR then told "Child 4" "I would love very much to be your dad."  "Child 4" stated "she says our daddy has to be a special kind of daddy, not like other daddies."  KISOR asked "Child 4" "what kind of daddy would that be?"  "Child 4" responded "a

daddy that sleeps with us all the time. And does special stuff." The UC later sent an image via text of twin girls to KISOR.

11.  On or about March 13, 2023, KISOR texted the UC and asked, "So tell me: How good does she taste?" The UC responded "'Child 3' or the twins. All sweet but that's for later." KISOR then stated, "I can't wait to taste them myself," followed up by, "I really want to stick my cock in the twins' cunts." KISOR then told the UC, "and put it in 'Child 3's' ass."

12.  On March 15, 2023, KISOR was again communicating with the UC, but believed he was speaking to "Child 4" and stated, "I would like to see you and ['Child 3'] sucking my cock." "Child 4" responded, "We never had a daddy at our parties before," and "I never suck a cock before, ['Child 3'] either." KISOR then responded, "and if you wanted me to, I would put my cock in your little pussies," "And assholes." "Child 4" asked, "will it hurt?" to which KISOR replied "not if I tongue it enough." Later in the same conversation, KISOR stated "did your momma tell you I want to pierce your little nipples?" "Child 4" replied, "No. How come?" KISOR responded, "they look pretty for daddy and makes them super sensitive." "Child 4" then asked, "What's that mean?" to which KISOR replied, "that means you could cum by me just rubbing on your nipples." Then "Child 4" stated "Cum?" KISOR went on to make more sexually explicit comments later in the conversation to "Child 4," stating, "would you like to fuck daddy?" "How about ['Child 3']? Would she like to have daddy fuck her?" and "You can bounce up and down on daddy's cock." The text conversation continued in this manner with KISOR giving sexually explicit instructions on how to perform sexual acts to "Child 4."

13.  In a text message conversation occurring on March 17, 2023, the UC asked KISOR about being released early from probation, KISOR responded "the chances would be pretty good with all the positive reviews I am getting now." KISOR immediately followed that statement up

with "how are my little fuck toys tonight?" in referring to the UC's notional children.  KISOR proceeded to express his desire to watch and participate in sexual acts with the UC's notional children making statements "I would love to see them fist their sisters." In this statement KISOR is referring to "Child 3" and "Child 4" who he believes are eight (8) years old.

14.     KISOR continued to communicate with the UC over the course of the next several months, in a similar manner.  On January 11, 2024, KISOR texted the UC and asked if he could call her and speak to her on the phone.  The UC stated "can we just talk for a bit (meaning text) and not be so pushy.  I mean are you even out of that house place yet?"  The UC was referring to the halfway house (Alvis house) that KISOR was residing at upon his release from prison.  KISOR responded "I have been home about 3 months now."  Later in the text messaging conversation KISOR stated "I got some new toys," and asked, "want me to show you?" followed by "is any of the girls there?"  KISOR also asked the UC "Would you like to see the twins together on the double headed one?"

15.     On January 25, 2024, KISOR called the UC and they spoke on the phone.  During the conversation the UC stated "I know. It's been a while. But I guess I'm just kind of wondering where we're at like, and you know, how much risk I want to take considering, you know, you just got out of jail again and I'm sure people are paying attention to what you're doing and trying to keep an eye on you."  KISOR responded "The only person keeping an eye on me right now is my parole officer and he comes down every so often and that's one reason why I will not get a smartphone because they can put monitoring software on it, but as long as I have my little flip phone right now, he ain't got a problem with it."  KISOR then discussed how he wanted to work on his mobile home for the UC and her children to live in when they arrived.

16.     During the same conversation the UC asked KISOR "What kind of visit are you

looking for? Because if we did do it, I mean their spring breaks got to be somewhere in March or April. It's usually around Easter time, I'll have to look.  But you know, I never surprise the girls either and I never force them to do anything they don't want to do, so if that's where we're going." KISOR replied "It's whatever you all want to do.  If they want to do something that's on them." KISOR then said, "Am I going to accommodate them? Absolutely."  The UC replied "Okay. So if they're up for sex you're in for sex too."  KISOR replied "Yes, if they're up… If you're up for it." KISOR also said, "So like I said, if we become a family unit, I'm going to be wore out. I won't have time to get on the computer. Except maybe to check emails."  In that statement KISOR was referring to being physically exhausted from the sexual activity he will be engaged in with the UC and her notional children and not having the desire to look at illicit images on his computer.

17.    Over the course of the next few months the communications between KISOR and the UC were intermittent as KISOR had begun employment.  March 5, 2024, the UC texted KISOR, "So I guess you moved on because I won't always answer the phone even though I always been like this. Sorry."  KISOR responded, "I haven't moved nowhere babe. I was severely sick and then got back to work."  On March 29, 2024, KISOR texted the UC stating, "Hey babe, just wanted to let you know that I am back working at my old job that I had before my last driving job so if I don't text that much, that is the reason."

18.    On March 5, 2024, KISOR reaffirmed his desire to have the UC and all of her notional children move to his home in Ohio and live with him, with KISOR implying he would like to help the UC financially once he is back to working full time again.  In this conversation the UC stated, "No you said, a few minutes ago 'if you guys just came out here and we never did anything that's all I want, I want a family.' Now let's be honest if we came out there…" KISOR

replied "I mean don't get me wrong I may be 56 years old, and it may not work as well as it did when I was in my thirties but that does not mean that I don't have a very talented tongue."

19.     On April 12, 2024, KISOR texted the UC "This is the address to where i am going to live. After i get some cash saved up, i could see us buying a double-wide or a modular. 25630 canal rd. Circleville, ohio 43113. Check it out on google maps." KISOR also asked, "Do you also think that all the girls would come? ['Child 1'] is an adult and capable of living on her own if she wanted too.  I know i would love to be with all of you." The UC replied, "I will check it out a little later. I don't know if ['Child 1'] would come. She has a lot of friends here and a job."

20.     On April 15, 2024, KISOR texted the UC the following messages "I cannot wait to see my cock sliding into ['Child 3'] and ['Child 4']'s tight little twats Incoming I really do hope that ['Child 1'] comes because I promised her a good hard fucking a long time ago and i intend on delivering in both her tight cunt and asshole.  And ['Child 2'], i want to dump as many loads of cum in her as i can."

21.     On July 30, 2024, KISOR demonstrated he still wanted the UC and her notional children to relocate to Ohio.  KISOR asked the UC via text message, "Okay sweetheart, I want to know your thoughts about Ohio.  Do you think it is possible?"  "Have you asked the girls what they think about moving?"  The UC replied "[Child 2] and the twins pretty much do what I want and ok with it. Honestly, don't think [Child 1] would come along. Not at first anyways."

22.     On July 31, 2024, during a phone conversation, KISOR made the following statements to who he believed was the UC's Child 2.

- "Just understand one thing ['Child 2'], yes, I want to have sex with all of you." "you're gonna get your turn, I promise you that."
- "You want it in every hole don't ya?"  "I'm going to have sex with all the girls, and you're ok with that."
- "I know your mom shows you pictures of my toys, you know I'm gonna use them on you."

- "and trust me, I have a very talented tongue, and I can't wait to eat your pussy."
- "I'd love to be playing with your boobs right now, and your pussy."

KISOR also told the UC he wanted to give it a few more months before the UC and her children come to stay with him. KISOR also made statements during the conversation that he isn't supposed to leave the state, but he would.  He also stated, "I'm going to have sex with all the girls, and you're ok with that."

23.     On September 30, 2024, the UC texted KISOR, "if you are still in this with us let me know. I think I am going to plan for week of Oct21. They have a day off school the week before but my boss asked I not go then as it is long weekend for travelers."  KISOR replied "I am so ready to meet you and the girls. Can you give me a call?"

24.     On October 4, 2024, KISOR made the following statements to the UC via phone conversation.  "I was in prison twice for what we're going to do."  "I am so looking forward to seeing you and the girls."  During the conversation KISOR discussed his plans to assume the mortgage on his deceased father's home with the UC and stated his intention to have a home for all of them (UC and children) to live together.

25.     On October 10, 2024, the UC texted KISOR "Finally told ['Child 2'] my plans for next few weeks for sure. She was like well what do we do while you with daddy?"  KISOR replied to the UC "She can be entertained by my tongue when I am done with you. I just can't wait to have you and the girls in my arms."

26.     Over several months, KISOR has repeatedly discussed with the UC his desire to have her (UC) and her notional children come and live with him at his current address of 25630 Canal Rd., Circleville, OH 43113.  KISOR has also communicated over approximately 21 months via email, text messaging, and phone calls his desire to have an open relationship with the UC and

her notional daughters.  KISOR has repeatedly made sexually explicit statements to the UC indicating his intentions to perform sex acts on the UC's notional daughters whom he (KISOR) believes are minors aged fourteen (14) and eight (8) years old.

27.    On November 4, 2024, via text message, the UC and KISOR discuss KISOR bringing a gift for the UC's notional daughters when they meet.  KISOR asks the UC "what would [Child 2']'s measurements be?" "And also, the twins." On November 5, 2024, the UC replies to KISOR's previous text message stating "Off to work but she is 34b, size 6 womens so small woman. Twins are a large in girls. So like 14."

28.    On November 6, 2024, KISOR replies to the UC via text message "I found some sexy silk bikini panties and top for twins and silk panties and bra with garter belt and stockings for ['Child 2']. May order Saturday. Early Christmas present for them."

29.    On November 7, 2024, KISOR via text message to the UC but addressing "Child 2" states "Dear ['Child 2'], I want you and your sisters to know this: I can't wait until I hold you in my arms and make sweet love to you in all of your holes and feel your lips on my dick.  I want to make your pussy, asshole, mouth, and throat mine."  KISOR then sends another text message addressing "Child 3" and "Child 4" stating "Dear ['Child 3' and 'Child 4'], I can't wait to hold you in my arms and teach you both the pleasure of sex. I want to feel my cock sliding in and out of all your holes."

30.    On November 13, 2024, Kisor sent the UC a text message stating "Good morning sweetheart, I pray for safe travels for you and the girls today. I can't wait for the girls to model the outfits I ordered for them."  KISOR then tells the UC "Moms' tablet is also where pictures of the girls outfits are."  "I just ordered them last night babe. Hopefully will be here before you and the

girls go back to Colorado." KISOR made statements previously to the UC that he was going to order "outfits" for the UC's notional girls to wear for him.

31.  On November 14, 2024, KISOR sent a text message to the UC stating "Good morning beautiful, I hope that you and the girl slept well. Please be careful drivinghere today because it has been raining bad and the roads are quite slick. Love you Bunches!" KISOR stated to the UC "I am working and will get off at 3:30p.m. Would you want to come by the house before you go to hotel." The UC replies "Prob just go to hotel cuz we went to get showered and dressed up for you."

32.  The UC then told KISOR "Hey love My boss confirmed a room at the Hampton inn at 700 Canal st in canal Winchester. We will be there in about 15 mins. Holy fuck this is real now. Cant wait til you get here. Tell us when you leave." KISOR responded "Where is here? Let me know place and room number(s). okay?" KISOR then ased, "What room number?" and "I see the building. Can you meet me outside?"

33.  On November 14, 2024, at approximately 4:10 p.m., William Ray KISOR arrived at the Hampton Inn hotel located at 700 W Waterloo St., Canal Winchester, OH. KISOR circled the parking lot once slowly and then pulled into a parking spot in the front of the hotel. It was at that time that HSI Special Agents took KISOR into custody without incident.

_____

                                                   Edward A. La Vigne
                                                   Special Agent
                                                   Homeland Security Investigations

SWORN AND SUBSCRIBED TO BEFORE ME THIS _____ DAY of November 2024

_____
Magistrate Judge Kimberly Jolson
U.S District Court for the Southern District of Ohio

## CONCLUSION

For these reasons, your Affiant respectfully submits that there is probable cause to believe that **William Ray KIOSR** violated 18 U.S.C. § 2422(b) within the Southern District of Ohio and elsewhere by attempting to enticement a minor to engage in illicit sexual activity.

Respectfully submitted,

*Ed La Vigne*

**Edward (Ted) La Vigne**
**Special Agent**
**Homeland Security Investigations**

Subscribed and sworn to me by applicant by
telephone per the requirements of
Fed. R. Crim. P. 4.1 on this 14th day of November 2024

Kimberly A. Jolson
United States Magistrate Judge